charged with grand larceny and other crimes. On December 6, 2010, respondent pleaded guilty in Onondaga County Court to three felony charges. He was sentenced to concurrent indeterminate terms of imprisonment of 1$^1$/$_3$ to 4 years. Respondent ceased to be an attorney by operation of law upon his conviction of a New York State felony pursuant to Judiciary Law § 90 (4) (a) and (e) and, by order entered January 26, 2011, he was disbarred (*Matter of Marmor*, 81 AD3d 1385 [2011]). Inasmuch as respondent has been continuously incarcerated since his arrest in September 2009, and will likely remain incarcerated for an additional period of at least one year, the sentence of imprisonment previously imposed for his contempt of court is vacated and respondent is resentenced to an unconditional discharge. All concur. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.

In the Matter of ARIANNE HALE MONROE, an Attorney, Resignor. [918 NYS2d 919]— Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Feb. 16, 2011.)

In the Matter of AARON THOMAS LINDSEY, an Attorney, Resignor. [918 NYS2d 925]— Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Feb. 16, 2011.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KHARYE JARVIS, Appellant. [918 NYS2d 913]— Present—Scudder, P.J., Peradotto, Carni and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN GLOVER, Appellant. [919 NYS2d 458]— Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HORACE, Appellant. [919 NYS2d 458]— Present—Scudder, P.J., Centra, Peradotto, Carni and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDDIE ORTIZ, Respondent. [918 NYS2d 913]— Present—Scudder, P.J., Centra, Carni, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [919 NYS2d 458]—